# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPAY VALLEY COALITION,<br>　　　　Plaintiff<br><br>　　　　v.<br><br>SALLY JEWELL, et al.,<br>　　　　Defendant(s)<br>and<br><br>YOCHA DEHE WINTUN NATION,<br>　　　　Defendant-Intervenor. | **Case No. 2:15-cv-02574-MCE-KJN**<br><br>ORDER |

Upon consideration of the Stipulation on Briefing Schedule and Page Limits for Cross-Motions for Summary Judgment (ECF No. 14), the Court concludes that such agreed upon page limits and briefing deadlines should be GRANTED.

Accordingly, it is hereby ORDERED that:

The Parties will each be allowed up to 60 pages in total for briefing on the Cross-Motions for Summary Judgment to be divided amongst briefs at the discretion of each party. The deadlines for briefing will be as followed:

- Plaintiff's Opening Brief for Cross-Motion for Summary Judgment – **July 22, 2016**
- Federal Defendants' and Defendant-Intervenor's Opposition Briefs and Opening Briefs for Cross-Motions for Summary Judgment – **September 7, 2016**
- Plaintiffs' Reply and Opposition Brief – **October 7, 2016**
- Federal Defendants' and Defendant-Intervenor's Reply Briefs – **November 4, 2016**

It is further ORDERED that given the nature of this case, the parties shall not be required to submit a Statement of Undisputed Facts under Local Rule 260(a).

IT IS SO ORDERED.

Dated:  June 8, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE